UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20411-CIV-RNS

MARIO A MARTINEZ and all others )
similarly situated under 29 U.S.C. 216(b), )
)
          Plaintiffs, )
   vs. )
)
ERNESLI CORPORATION d/b/a ZUBI )
SUPERMARKET, )
ERNESTO PEREZ, )
)
          Defendants. )
_____ )

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

COMES NOW the Plaintiff, by and through undersigned counsel, under Rule 41 of the Federal Rules of Civil Procedure, and notices the Court that Plaintiff, MARIO A MARTINEZ, voluntarily dismisses his claims against Defendants, ERNESLI CORPORATION d/b/a ZUBI SUPERMARKET, and ERNESTO PEREZ, jointly and severally, **with** prejudice, brought in the above-captioned lawsuit.

Dated this 7th day of April, 2017.

                                                                        Respectfully submitted,

                                                                        J. H. ZIDELL, P.A.
                                                                        ATTORNEYS FOR PLAINTIFF
                                                                        300-71ST STREET, SUITE 605
                                                                        MIAMI BEACH, FLORIDA 33141
                                                                        305-865-6766
                                                                        305-865-7167

                                                                        By:_s/ Rivkah F. Jaff, Esq. ____
                                                                           Rivkah F. Jaff, Esquire
                                                                           Florida Bar No.: 107511

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/7/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____**
      **RIVKAH JAFF, ESQ.**